IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF
MISSISSIPPI, JACKSON DIVISION

TRUCKPRO HOLDING CORPORATION (f/k/a OTT
HOLDING CORPORATION) and TRUCKPRO, INC.                     **Plaintiff**

v.                                                    No.: 3:09cv439-WHB-LRA

CHRISTOPHER D. GARNER                                       **Defendant**

## NOTICE OF HEARING

TO:  David A. Norris
     Stephen F. Schelver
     McGlinchey Stafford, PLLC
     City Centre South, Suite 1100
     200 South Lamar Street
     Jackson, MS 39201

     John Martin Galese
     Galese & Ingram, P.C.
     800 Shades Creek Parkway
     Suite 300
     Birmingham, Alabama 35209

**PLEASE TAKE NOTICE** that the Honorable William H. Barbour, Jr. will hear the Plaintiffs' Motion for Temporary Restraining Order and Motion for Preliminary Injunction on Tuesday, September 22, 2009 at 9:30 a.m. at the United States District Courthouse, 245 East Capital Street, Courtroom 4, Jackson, Mississippi 39201.

THIS, the 11th day of August, 2009.

                                  Respectfully submitted,

                                   s/ J. Chase Bryan
                                     J. Chase Bryan (MB No. 9333)

                                  *Attorney for Plaintiffs, TruckPro Holding Corporation
                                  and TruckPro, Inc.*

OF COUNSEL:

Forman Perry Watkins Krutz & Tardy LLP
City Centre Bldg., Suite 100
200 South Lamar Street
Post Office Box 22608
Jackson, Mississippi 39225-4099
Telephone: 601-960-8600
Facsimile:  601-960-8613

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have this day caused the above to be served upon the following individuals via the Court's electronic filing system:

      David A. Norris
      Stephen F. Schelver
      McGlinchey Stafford, PLLC
      City Centre South, Suite 1100
      200 South Lamar Street
      Jackson, Mississippi 39201
      dnorris@mcglinchey.com
      sschelver@mcglinchey.com


      John Martin Galese
      Galese & Ingram, P.C.
      800 Shades Creek Parkway
      Suite 300
      Birmingham, Alabama 35209
      john@galese-ingram.com


      THIS, the 11th day of August, 2009.

                                          s/ J. Chase Bryan
                                            J. Chase Bryan